SCWC-16-0000338

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

JASON KIRIAKO,
Petitioner/Appellant-Appellant,

vs.

STATE OF HAWAI‘I, DEPARTMENT OF HUMAN SERVICES,
Respondent/Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000338; CIV. NO. 15-1-1460)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Appellant-Appellant Jason Kiriako's

application for writ of certiorari, filed on March 27, 2019, is

hereby rejected.

DATED:  Honolulu, Hawai‘i, May 3, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

